Before STATE INDUSTRIAL BOARD, Respondent. LOUIS MICHAELS, Respondent, v. H. MOWERSON & SON and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, upon the ground that there is no proof to sustain the finding that claimant is totally

and permanently disabled, there being no proof of permanency of total disability and the claimant having already received the maximum amount allowed for temporary total disability.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent.   DAMON J. MAHONEY, Respondent, v. ADAMS EXPRESS COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.